# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEF DAVID WILLIAMS,<br><br>Defendant. | Case No. CR 09-61-GF-BMM<br><br>**ORDER** |

Upon request of Defendant, Josef David Williams for and Order continuing the Revocation Hearing in this matter, there being no objection from the Government; IT IS HEREBY ORDERED:

That the Revocation Hearing scheduled for Wednesday, September 9, 2020, at 1:30 p.m. is VACATED; IT IS FURTHER ORDERED: that the Final Revocation Hearing is rescheduled for **September 15, 2020 at 11:00 a.m.**

DATED this 9th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1