# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>JOSEF DAVID WILLIAMS,<br><br>               Defendant. | CR-09-61-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 8, 2023. (Doc. 113.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 7, 2023. (Doc. 108.) The United States accused JOSEF DAVID WILLIAMS, (Williams) of violating his conditions of supervised release by failing to successfully complete his sex offender treatment program. (Doc. 104.)

At the revocation hearing, Williams admitted that he had violated the terms of his supervised release by failing to successfully complete his sex offender

treatment program. (Doc. 108.)  The Court finds that the violation prove serious and warrants revocation of William's supervised release and recommends a custodial sentence of 3 months, with a lifetime of supervised release to follow. Judge Johnston also recommended that Williams serve his term of custody at the Federal Correctional Institution in Englewood, Colorado.  (Doc. 113.)  Walker was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 108.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 113) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Josef David Williams be sentenced to the Bureau of Prisons for a sentence of 3 months, with a lifetime of supervised release to follow. Williams should be housed at the Federal Correctional Institution in Englewood, Colorado.

DATED this 9th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court