**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEF DAVID WILLIAMS,<br>Defendant. | CR-09-61-GF-BMM<br><br>**ORDER** |

Defendant Josef David Williams has moved for early termination of his current term of supervised release. (Doc. 120.) The Court conducted a hearing on Williams's motion on October 27, 2026. (Doc. 124.) The Court advised Williams that the Court will grant Williams's motion on April 27, 2027, if Williams remains violation free.

Williams pleaded guilty to possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). (Doc. 26.) The Court sentenced Williams to the custody of the Bureau of Prisons on February 8, 2010, for a term of 120 months with a life term of supervised release to follow. (Doc. 32 at 2-3.) Williams violated the terms of his initial supervised release and was sentenced to an additional three months' custody. (Doc. 115.) Williams began his current term of supervised release on June 1, 2023. (Doc. 121 at 2.) Williams is currently supervised by United States Probation

Officer Evin Hansen, who indicates that Williams has completed all required treatment, and is "doing well on supervision with no violations." (*Id.*)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Williams's supervised release. Adequate punishment has been imposed that reflects the seriousness of Williams's offense. Williams served approximately 99 months of incarceration. (*See* Doc. 104 at 1). Williams has completed over one year of his supervised release term.

Adequate deterrence also appears to have been achieved. Williams's last reported failure to comply with the terms of her supervision was in March of 2023. (Doc. 121 at 2.) Further supervision appears unnecessary to protect the public from further criminal behavior by Williams. Williams's probation officer reports that Williams has completed all required treatment. (*Id.* at 4.) The early termination of Williams's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Williams's Motion for Early Termination of Supervised Release (Doc. 120) is **GRANTED**. Williams's supervised release will be terminated on April 27, 2027, if Williams remains violation free.

DATED this 27th day of October, 2026.

Brian Morris, Chief District Judge
United States District Court